JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-09833-RGK (PLAx) | Date | February 3, 2015 |
|---|---|---|---|
| Title | *MAHMOOD YOONESSI M.D. v. SENTRY CREDIT, INC.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Remand**

  Based on court records, it appears that this case was improperly removed. Therefore, the Court hereby orders the action remanded to state court in its entirety.

  **IT IS SO ORDERED**.

:

Initials of Preparer